**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-16-263 |
| | § | |
| MAGDALENE AKHARAMEN | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 38). The motion for continuance is GRANTED. The sentencing hearing is reset to **May 30, 2018 at 9:00 a.m.**

SIGNED on January 22, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge